AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Attorney General | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-01372-JEB |
| Stephen A. Wynn | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen A. Wynn.

Date: 05/23/2022

/s/ Reid Weingarten
*Attorney's signature*

Reid Weingarten (D.C. Bar 365893)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036

*Address*

rweingarten@steptoe.com
*E-mail address*

(202) 429-6238
*Telephone number*

(202) 429-3902
*FAX number*