AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Attorney General | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-01372-JEB |
| Stephen A. Wynn | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen A. Wynn .

Date: 05/23/2022

/s/ Brian Heberlig
*Attorney's signature*

Brian Heberlig (D.C.Bar 455381)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
*Address*

bheberlig@steptoe.com
*E-mail address*

(202) 429-8134
*Telephone number*

(202) 429-3902
*FAX number*