AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Attorney General ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-01372-JEB |
| Stephen A. Wynn ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Attorney General of the United States.

Date:  05/23/2022

/s/ Emma Dinan Ellenrieder
*Attorney's signature*

Emma Dinan Ellenrieder (D.C. Bar 1015108)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

Emma.Ellenrieder@usdoj.gov
*E-mail address*

(202) 514-0203
*Telephone number*

*FAX number*