AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Attorney General | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-01372-JEB |
| Stephen A. Wynn | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen A. Wynn                                                                                                       .

Date:      06/06/2022

/s/ Nicholas P. Silverman

*Attorney's signature*

Nicholas P. Silverman (Bar No. 1014377)

*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036

*Address*

nsilverman@steptoe.com

*E-mail address*

(202) 429-8096

*Telephone number*

(202) 429-3902

*FAX number*