IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>STEPHEN A. WYNN,<br><br>      Defendants. | Civil Action No. 1:22-cv-1372-JEB |

**JOINT MOTION FOR BRIEFING SCHEDULE & PARTIAL STAY OF DISCOVERY**

Defendant Stephen A. Wynn ("Defendant" or "Wynn") and Plaintiff the Attorney General of the United States of America ("Plaintiff" or "the Government") stipulate and jointly request that the Court enter the briefing schedule proposed below. Currently, Defendant's deadline to respond to the Complaint is July 18, 2022. Defendant intends to file a dispositive motion in response to the Complaint. The parties have conferred, and have reached agreement on the following briefing schedule:

| | |
|---|---|
| Defendant's motion to dismiss: | July 18, 2022 |
| Plaintiff's response: | August 15, 2022 |
| Defendant's reply: | August 29, 2022 |

The parties submit that this proposed briefing schedule is not for the purpose of undue delay, and further submit that the schedule will not prejudice the conduct of the litigation. Good cause, therefore, exists for the parties' joint request.

Further, the parties stipulate that discovery shall be stayed pending resolution of Defendant's motion to dismiss and all other deadlines held in abeyance, except that after

Defendant's dispositive motion is fully briefed and while a decision from the Court is pending, the parties will (i) meet and confer pursuant to Federal Rule of Civil Procedure 26(f), and (ii) exchange initial disclosures pursuant to Rule 26(a).  This will allow discovery to move expeditiously, should the case proceed.  The parties have agreed to the following schedule:

| | |
|---|---|
| Rule 26(f) conference: | September 6, 2022 |
| Initial disclosures: | September 27, 2022 |
| Rule 26(f) report submitted to the Court | September 27, 2022 |

The parties agree that initial disclosures shall be treated confidentially and not disclosed to anyone outside of the parties and their respective counsel pending a decision on Defendant's dispositive motion.  If Defendant's motion to dismiss is granted, the parties' initial disclosures shall remain confidential.

By submitting this joint motion, the parties do not waive, and expressly preserve, all rights, claims, defenses and objections.

Respectfully submitted,

Dated:  July 8, 2022

/s/
Reid H. Weingarten (D.C. Bar No. 365893)
Brian M. Heberlig  (D.C. Bar No. 455381)
Nicholas Silverman (D.C. Bar No. 1014377)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
rweingarten@steptoe.com
bheberlig@steptoe.com
nsilverman@steptoe.com

*Counsel for Defendant*

/s/
Nathan Michael Swinton (NY Bar)
Emma Dinan Ellenrieder (D.C. Bar No. 1015108)
U.S. DEPARTMENT OF JUSTICE
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Avenue NW
Room 7700D
Washington, DC 20530
Telephone: (202) 353-0267
Telephone: (202) 514-0203
Nathan.Swinton@usdoj.gov
Emma.Ellenrieder@usdoj.gov

*Counsel for Plaintiff*