UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN A. WYNN,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01372-JEB |

**DEFENDANT STEPHEN A. WYNN'S
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Stephen A. Wynn, by and through his undersigned counsel, hereby moves this Court for an order dismissing with prejudice the Complaint for Declaratory and Injunctive Relief for failure to state a claim upon which relief can be granted.

Defendant respectfully requests oral argument on his motion pursuant to Local Civil Rule 7(f).

Respectfully submitted,

/s/_____
Reid H. Weingarten (D.C. Bar No. 365893)
Brian M. Heberlig (D.C. Bar No. 455381)
Nicholas P. Silverman (D.C. Bar No.1014377)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel: (202) 429-3000
Fax: (202) 429-3902
rweingarten@steptoe.com
bheberlig@steptoe.com
nsilverman@steptoe.com


/s/_____
Robert D. Luskin (D.C. Bar No. 293621)
Leo R. Tsao (*pro hac vice to be filed*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC  20036
Tel: (202) 551-1700
Fax: (202) 551-0410
robertluskin@paulhastings.com
leotsao@paulhastings.com

*Counsel for Defendant Stephen A. Wynn*

Dated: July 18, 2022