# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN A. WYNN,<br><br>    Defendant. | Case No. 1:22-cv-01372-JEB |

## DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF DEFENDANT STEPHEN A. WYNN'S MOTION TO DISMISS THE COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Brian M. Heberlig, declare as follows:

1. I am a partner with the law firm of Steptoe & Johnson LLP, counsel for Defendant Stephen A. Wynn. I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Stephen A. Wynn's Motion to Dismiss the Complaint. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated June 8, 2018 from Steptoe & Johnson LLP to the U.S. Department of Justice, referenced in paragraph 37 of the Complaint.

3. Attached hereto as Exhibit B is a compilation of true and correct copies of OMB Form Nos. 1124-0001, 1124-0006, and 1124-0004, as downloaded from www.justice.gov and www.omb.report on or about June 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2022               /s/ _____
                                   Brian M. Heberlig (D.C. Bar No. 455381)
                                   STEPTOE & JOHNSON LLP
                                   1330 Connecticut Avenue, N.W.
                                   Washington, DC  20036
                                   Tel: (202) 429-3000
                                   Fax: (202) 429-3902
                                   bheberlig@steptoe.com

                                   *Counsel for Defendant Stephen A. Wynn*