IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>STEPHEN A. WYNN,  )<br>)<br>Defendant.  )<br>_____)  | Civil Action No. 1:22-cv-1372-JEB |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff hereby submits this notice to apprise the Court of an Omnibus Memorandum Opinion and Order entered by Judge Kollar-Kotelly on September 13, 2022 in the case *United States v. Michel*, Criminal No. 19-148-1 (CKK). In that Opinion and Order, Judge Kollar-Kotelly denied the defendant's motion to dismiss charges brought pursuant to the Foreign Agents Registration Act ("FARA") and 18 U.S.C. § 951 on First and Fifth Amendment grounds, concluding that, "[a]s a practical matter, any constitutional challenge to the FARA statute is foreclosed by binding Circuit precedent . . . ." Omnibus Mem. Op. and Order, *United States v. Michel*, Criminal No. 19-148-1 (CKK), ECF No. 154, at 8 (attached as Exhibit 1). Judge Kollar-Kotelly further held that, "[b]ecause, strictly speaking, FARA and section 951 do not penalize *speech*, but rather the lack of registration, any facial challenge under the First Amendment fails" and that any as-applied challenge likewise fails "because the *actus reus* here is failure to notify the Attorney General before" engaging in registerable conduct. *Id*. at 9.

Dated:  September 14, 2022                Respectfully submitted,

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
U.S. Department of Justice

JENNIFER KENNEDY GELLIE
Chief, FARA Unit
National Security Division
U.S. Department of Justice

*/s/ Nathan M. Swinton*
Nathan M. Swinton (NY Bar)
Emma Dinan Ellenrieder (D.C. Bar No. 1015108)
Trial Attorneys
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Ave NW, Room 7700D
Washington, D.C. 20530
Telephone:  (202) 353-0267
Email: Nathan.Swinton@usdoj.gov