# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN A. WYNN, )<br>)<br>Defendant. ) | Civil Action No. 1:22-cv-1372-JEB |

## NOTICE OF APPEAL

Notice is hereby given this 9th day of December, 2022, that the Attorney General of the United States of America hereby appeals to the United States Court of Appeals for the District of Columbia from the judgment of this Court entered on the 12th day of October, 2022, granting Defendant's Motion to Dismiss. *See* Order, ECF No. 20.

Date: December 9, 2022

/s/ *Nathan Michael Swinton*
Nathan Michael Swinton (NY Bar)
Emma Dinan Ellenrieder (D.C. Bar No. 1015108)
U.S. DEPARTMENT OF JUSTICE
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Avenue NW
Room 7700D
Washington, DC 20530
Telephone: (202) 353-0267
Telephone: (202) 514-0203
Nathan.Swinton@usdoj.gov
Emma.Ellenrieder@usdoj.gov

*Counsel for Plaintiff*